IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Compu-Tax & Accounting LLC, | No. CV-20-01554-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Bank of America NA, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal as to Defendant Notre Dame Federal Credit Union Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Doc. 26),

**IT IS HEREBY ORDERED** Defendant Notre Dame Federal Credit Union is hereby dismissed from this action and the clerk is hereby directed to dismiss the present action as to Defendant Notre Dame Federal Credit Union with all parties to bear their own attorney's fees and costs.

Dated this 1st day of October, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge