# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Compu-Tax & Accounting LLC,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America NA, et al.,<br><br>Defendants. | No. CV-20-01554-PHX-SMB<br><br>**ORDER** |

Compu-Tax & Accounting, LLC ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A., Bank of America, N.A., U.S. Bank National Association, and Desert Financial Credit Union (collectively, "Defendants") having filed a Stipulation for Dismissal with Prejudice (Doc. 35) and good cause appearing,

**IT IS HEREBY ORDERED** this matter is dismissed in its entirety, with prejudice, as to all parties and claims. Plaintiff and Defendants shall each bear their own attorneys' fees and costs in this action.

Dated this 20th day of January, 2021.

*[signature]*

Honorable Susan M. Brnovich
United States District Judge